IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CR-158-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| SEAN T. BARNES, ) | |
| ) | |
| Defendant. ) | |

The court DENIES as moot defendant's motion for a prompt ruling [D.E. 229]. The court issued a ruling on June 30, 2025. See [D.E. 228].

SO ORDERED. This 26 day of August, 2025.

JAMES C. DEVER III
United States District Judge